MAURICE J. CROSS and Another, Copartners, etc., Respondents, v. FEDERAL SNAP FASTENER CORPORATION and Others, Defendants, Impleaded with HERMAN BASCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of the Application of FELIX PINCUS and Another, Respondents, Doing Business, etc., for an Order Directing that Arbitration Proceed, etc., with ISRAEL O. PALEFSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

MARY MORICI, as Administratrix, etc., Respondent, v. PELHAM HOD ELEVATING COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

STELLA B. ABRAMS, Respondent, v. LOUIS ABRAMS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JAMES A. McCLURG v. FRANK DOUGHERTY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

SMITH & JAFFE, INC., v. HENRY A. HARTMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HENRY HIRSCHFIELD v. ZAMM COMMERCIAL GARAGE CORPORATION, Defendant, 27TH & 28TH ST. GARAGE CO., INC., and Another, Appellants, v. ALLEN D. TAUB, Receiver, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY C. ADLES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

CAROLYN M. CONNERS v. ISAAC HAINES DICKINSON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

YETTA NURICK v. BROADEDGE CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE COAL AND IRON NATIONAL BANK v. AARON H. HOUTMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

EARL F. CALLAN v. PHILIP MEYROWITZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

PAVA HABIB, an Infant, etc., v. JOSEPH HABIB.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.